**William A. CHRISTMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79777**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 24, 2017

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

serve on the jury by observing his answers and demeanor").

Before Division One: James Edward Welsh, P.J., Lisa White Hardwick, Gary D. Witt, JJ.

### ORDER

Per Curiam:

Appellant William A. Christman ("Christman") appeals the circuit court's denial of his Rule 24.035 amended motion for post-conviction relief following an evidentiary hearing. In his sole point on appeal, Christman argues the circuit court erred in denying his motion because plea counsel provided ineffective assistance by failing to act as a reasonably competent attorney by neglecting to timely inform the prosecutor that Christman had accepted a four-year plea agreement with the State. Christman argues that he was prejudiced by counsel's alleged ineffective assistance in that there is a reasonable probability that had counsel provided effective assistance he would have received a lesser sentence. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).